379 P.2d 446

**GALLUP GAMERCO COAL COMPANY, a Delaware Corporation, Petitioner,**

v.

**The Honorable Frank B. ZINN, District Judge, Eleventh Judicial District of the State of New Mexico, Respondent.**

**No. 7376.**

Supreme Court of New Mexico.

March 14, 1963.

COMPTON, Chief Justice.

Ordered that the writ heretofore issued herein be, and the same is made permanent.